IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

DENISE A. BERNAL,

 Plaintiff,

v.

METRO PAVIA HEALTH SYSTEM,

INC., et al.,

Defendants.

CASE NO. 19-1812 (GAG)

## JUDGMENT

As per Plaintiff's request for voluntary dismissal under Rule 41 (a)(1)(A) of the Federal Rules of Civil Procedure (Docket No. 25), judgment is hereby entered **DISMISSING without prejudice** Plaintiff's claims against Defendants.

**SO ORDERED.**

In San Juan, Puerto Rico this 5th day of November, 2019.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge